# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

AVANT TOUS BEAUTY AND
MEDICAL SPA

VERSUS

KADY MILLICAN LATO, BRITTANY
LIPOMA, AND HIGHLAND HILLS
AESTHETICS, LLC

NO.  2025 CW 0620

**JULY 1, 2025**

---

In Re:   Libby Chaisson Housley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 755320.

---

**BEFORE:   STROMBERG, EDWARDS, AND BALFOUR, JJ.**

   **STAY DENIED; WRIT NOT CONSIDERED.** There is no ruling of the district court for this court to review.

                    **TPS**
                    **BDE**
                    **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT